COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name Wallace       Aaron       A.W.
      (Last)       (First)     (Initial)

Prisoner Number CDC#K-74168   AT#057885-6

Institutional Address Atascadero State Hospital. P.O. Box 7001, Atascadero, california. 93423-7001

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Aaron Wallace
(Enter the full name of plaintiff in this action.)

vs.

#1 marin county Superior court, #2 State prison corcoran, San Quentin, #4 Employees, at These departments, and institutions, and Relatives, and friends, of Theres. /#Atascadero State Hospital!
(Enter the full name of the defendant(s) in this action))

Case No. CV 08 2886 (PR)
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

1.   Exhaustion of Administrative Remedies

   [**Note:**] You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A.   Place of present confinement Atascadero State Hospital!

   B.   Is there a grievance procedure in this institution?
        YES (✓)   NO (✓)

   C.   Did you present the facts in your complaint for review through the grievance procedure?
        YES (✓)   NO (✓)

   D.   If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                              - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _I filed a couple, complaint forms, Here But They never come answer, Respond, and investigate, anything I've written, or called, on pertaining to The issues_ 2. First formal level _I've filed To marin county Superior, First District Appellate court, Board of claims, in Sacramento./_

3. Second formal level _They intentionally gave me, The wrong address To The "Supreme court."/_ _____ 4 Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

   YES ( )    NO (✓)

F. If you did not present your claim for review through the grievance procedure, explain why. _They were Harassing, and Retaliating, against me, for Tryna file a "complaint" and Taking me, legal work, playing, and Taking my mail, Denying me, law library access, "Assaulting" me, and Refusing to stop The Sycho-Therapy, on me./_

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.
_Aaron Wallace #AT-057885-6 Atascadero state Hospital, p.O.Box 7001. Atascadero, ca 93423-7001._

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                          - 2 -

1  attorney         place of employment. marin county Superior
2  Edward J. Farrell, Judge John S. Graham,
3
4
5
6  _____ III.
7  Statement of Claim
8         State here as briefly as possible the facts of your case. Be sure to describe how each
9  defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.
12 I was arrested the night 9-2-97, in marin city, for Tryna Take individuals
13 maney, and Taking To marin city sub station, where officer carl mcostlere,
14 and 4 others sheriffs, where Taunting, Harassing, provoking, and inciting,
15 me, saying yeah you're gonna "lauve it in prison." So I scooted my
16 chair Back from The Table, while "cuffed" Behind The Back. And Kicked
17 The Table, with carl mcostlere, leg, and He "whimpered" and 4 others
18 "grabbed" me, To keep me, "seetted" and They all left out The Room.
19 and come Back shortly To "Transport" me, To The marin county jail,
20 where I was put in a Room, with a "Restraint wheelchair" for 3 Hours,
21 Before Being Housed. While There, I Had like 3 or 4 court appearances,
22 on The Days of 11-7-97, in I Think Holding "Tank C" at approximately 1:30 pm.
23 my attorney Ed J. Farrelly came in and Had some form, in his Hand
24 so I ask him whats That and
25 IV.    Relief
26        Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28 I would like To court, To give me, an "attorney" To file a civil case "suits" of

COMPLAINT                              - 3 -

$800,000 Dollars, and Have all arrested, for any proven violations, of law procedure, and orderly conduct, and acts, against me, Employers, and Relatives, and Relatives, and friends, of Theres, including Taoking, and still Taking, place Here.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **2nd** day of **June**, 20**08**

                                    *Aaron Wallace*
                                    (Plaintiff's signature)

Statement of claim: He, said To get you, out on probation, But you, Have To Sign This form So I say let me, see it? and He, Handed it To me, and as I'm looking it over, I notice, some numbers on Top of the page, ask I of Him, what Do These numbers, mean? and He, shook His Head "oh nothing" So I Signed The form, and went in court, approximately 15-minutes, later. and me carl mcastlee, was There "Testifying" So I "Burst out" and asked The judge why ain't The victim, Here? Here He, Say He's at school, and couldn't make it so I say, why ain't The victim, Here? and judge Graham, said "Shut up mr. wallace, or I'll Shut it up for you"! and Sentenced me, To 4 years, in prison. So when I get There at San Quentin, I asked another inmate, on The "situation" and He, said "I was Railroad" So I "Tried" To contest, To The courts, and my family, on what Had Happened, and I was "planning" on filing a "civil Suit" on The action. The letters, cause I didn't Know of any petitions, such as now! I should of gotten probation, or county jail, Time But I was Sent To San Quentin, Then To Susanville, where I was "Harassed" and Then To corcoran state prison, where I was "Set up" on 4A1L-shu yard, as staff, watched and Did nothing on The "issue" and when "exiting" The yard, 2 officers, said oh you're well Known around Here, now! and after my shu, was up I was "Transferred" To New Folsom, in Sacramento. 9-8-1999, C-yard, and I Told Them To send me, To B-yard, and I was There, until "Rolled up" on 10-13-2000, for a melee, in B-yard "Gym" So I Told Them To Transfere, me, if you, gonna "Roll" me, up for Something I didn't Do or participate, in I was just getting my Hair Braided, and minding my own "Business". so I was in ad-seg lock up units, and started acting up cause I wasn't gonna Do a good program, for "something" I Had nothing To Do with! But Soon after I left corcoran, I "Heard" The (FED's) Took over, for the kicking Beating or fights, By officers, I was also a "victim" of myself! I Been Tryna file

ole date, and it was Here, until 2-15-02, after being, claiming I punched a staff, in The face, while in Restraints, in posey Belts, and strapped To a chair, on staff, name steve Kelly, working on unit 5, Back The while I was on unit 7, punched me, in the face, and lied, To The commissioner, at The Hearing, in san luis obispo county jail/ unit, and I was "Decertified" and They Had 5 Days, To let me, go Home, on The Second or Third Day, a probation officer named clarence wormsley, came a got me, and Him, and I Think a woman, Named Jan Evans, "Escorted" me, To warca prison, where They started, "Harassing" me, once again. Then I was sent Back To corcoran, again where Harassments, still was arguing and staff, was using Toxic gas, in my cell, urinating, in my shoes, while was in my cell, and a woman named Kurrie, Had a inmate named Jabin Nordaes CDC# H-21074, put Aids Blood, in a soup; He, sent me, The seasoning was open and shaped like a Rock form, when I "mixed" The seasoning, with The soup noodles, it Tasted like Blood! I Turned a 602 appeals complaint form, in They denied, and wasn't Trying a work, with me, on it and started Taking my "government addresses," and snapping my appeals, on the oven without my consent Sgt. D. Robinson, Tryor put drugs, in my food, The after like 6 months, 2 weeks, Before christmas, I paroled, from San Quentin, where The "Transferred" me, To! closest prison, To my parole area, ma in county, and my parole officer mike Ferretti, picked me, up cause I was "High control scale" as They said I was purs self parole, But He, said your mom/dad want you, to come Home, So I went The 257 Drake Ave. marin city, ca 94965. and on 1-11-04 I did a Six month violation, of parole, for driving "without" a license, in getting in a car accident, By not paying "attention" To The Road, and Running into The Back of another car, Enroute Back To "college of marin" after Taking my urine Test, at The national armory Guard, across The street from marin county superior court. And The woman natate Himes, lied and said she, didn't say I can use The car, cause her, didn't want Her, "Husband" To find out! and The Highway patrol, charged me, wit

Driving without a liscence, and Embezzlement, I don't see where I "committed" Embezzlement, at all. I don't know that these officers, of marin county, Have Been putting Bogus charges, against me, all these years, since "1988" things I didn't do! I think the 2 women, in the car, I ran into in the "accident" where relatives, or friends, of employees, in the "prison" system I've Been tryna file suits, against! who intentionally, threw there car, in front of mine! when I got out after serving the 6-months, these people, from corcoran prison, marin county Superior court, and relatives, and friends, of theres were "following" me, around Town trip, provokingly and tryna "incite", me, But on to the circumstances, it wasn't the "right timing" for me, to act, on them! They've Been at every institution, I've Been at Harassing, and retaliating, against me, for tryna file suits, on them and the place, and institutions, they work at. I've filed "keep away orders", firing of my attorney at marin county Superior court, Beth aissing Healy, and disqualification of judge, forms, on Kelly merra Simmons, the court of marin county, don't do as I "ask"? and keep Harassing, me, cause I've Been Tryna file suits, on them since "1997" case # SC098304. They Been gaining access to all the facility's, Harassing, Retaliating, and even assault, me, at times. it's just all kinds of things, that's Been going on stealing, my legal work, denying me, legal library access, screwing my on charges, I shouldn't Be in court, for! denying, me, medical attention, the marin courts, don't look into none of the issues, I tell them of Held me, "passed" several release dates, taking papers out of my files, and tryna "cover" things up! I would like an attorney, please it's more to the "moral" of the "story" then "mentioned" Here, Thank you,

                Sincerely

                Aaron Wallace

