IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON WALLACE,<br><br>        Plaintiff(s),<br><br>vs.<br><br>MARIN COUNTY SUPERIOR COURT, et al,<br><br>        Defendant(s). | No C 08-2886 VRW (PR)<br><br>ORDER OF DISMISSAL |

This civil rights action by a prisoner was filed on June 6, 2008. The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 USC § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

More than 40 days have elapsed; however, plaintiff has not provided the court with the requisite items, or sought an extension of time to do so. The action is DISMISSED without prejudice.

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\CR.08\Wallace, A1.dismiss.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wallace,<br><br>        Plaintiff,<br><br>  v.<br><br>Marin County Superior Court, et al,<br><br>        Defendant.        / | Case Number: C08-2886 VRW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Aaron Wallace CDC# K-74168
Atascaderao State Hospital
AT# 057885-6
P.O. Box 7001
Atascadero, CA 93423-7001

Dated: July 23, 2008

                                       Richard W. Wieking, Clerk
                                       By: Cora Klein, Deputy Clerk

                                       *Cora Klein*